## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

MICHAEL J. WOLANSKI,  :
                      :
        Plaintiff,    :
                      :
    v.                :        Civil Action No. 08-058-GMS
                      :
UNITED STATES OF AMERICA,  :
                      :
        Defendant.    :

## ANSWER OF THE UNITED STATES OF AMERICA

COMES NOW, defendant, United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Patricia C. Hannigan, Assistant United States Attorney for the District of Delaware, and answers plaintiff's complaint as follows:

1.      Admitted.

2.      Admitted.

3.      Admitted.

4.      Denied as stated. Admitted that the United States Department of Veterans Affairs ("VA") is a cabinet department of the defendant United Sates of America. Admitted that the VA operated and staffed the VA Medical Center at Wilmington, Delaware.

5.      Admitted.

6.      Admitted

7.      Admitted that on May 28, 1997, plaintiff underwent a sigmoidoscopy at the VAMC. Admitted that the sigmoidoscopy revealed the presence of polyps. Admitted that the polyps were not biopsied. The remainder of the paragraph is denied as stated. It is admitted that

the medical records reflect that the physician who performed the sigmoidoscopy recommended follow up in 5 years. It is denied that the medical plan was for plaintiff to undergo a colonoscopy in May of 2002. By way of explanation, the physician who made this recommendation, the following day ordered a colonoscopy to be performed on 6/13/97. That procedure was cancelled at plaintiff's request. Another colonoscopy was then scheduled for 6/27/97 and the plaintiff again canceled the procedure.

8.    Admitted.

9.    Admitted.

10.    Admitted.

11.    Denied as stated. Admitted that on April 6, 2001 plaintiff was evaluated by Dr. Thacker, in consultation with Dr. Tzanis for complaints of rectal bleeding. Admitted that a rectal exam was performed, which was positive for blood. Denied that the sole plan was to consult with surgery for a possible lower endoscopy given plaintiff's history of lower gastrointestinal bleeding. By way of further explanation the plan was also to refer to GI for a full colonoscopy.

12.    Admitted.

13.    Admitted.

14.    Admitted.

15.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the averment in paragraph 15 of the Complaint.

16.    Denied as a conclusion of law. To the extent that any of these allegations may be deemed factual in nature they are denied.

17. a-f    Denied as conclusions of law.  To the extent that any of these allegations may
be deemed factual in nature they are denied including all subparts.

18.    Denied as a conclusion of law.  To the extent that any of these allegations may be
deemed factual in nature they are denied.

19.    Denied as a conclusion of law.  To the extent that any of these allegations may be
deemed factual in nature they are denied.

20.    Denied as a conclusion of law.  To the extent that any of these allegations may be
deemed factual in nature they are denied.

21.    Denied a Denied as a conclusion of law.  To the extent that any of these
allegations may be deemed factual in nature they are denied.

22.    Denied as a conclusion of law.  To the extent that any of these allegations may be
deemed factual in nature they are denied.

23.    Denied as stated.  Admitted that Plaintiff filed an administrative claim pursuant to
28 U.S.C. § 2675.  Denied that the VA "acknowledged liability for plaintiff's claim."  Admitted
that the parties engaged in efforts to negotiate a settlement, which were not successful.  Admitted
that the VA ultimately denied Plaintiff's claim.

                    COLM F. CONNOLLY
                    United States Attorney

                    By: /s/Patricia C. Hannigan
                        Patricia C. Hannigan
                        Assistant United States Attorney
                        Delaware Bar I.D. No. 2145
                        The Nemours Building
                        1007 Orange Street, Suite 700
                        P. O. Box 2046
                        Wilmington, DE 19899-2046
                        (302) 573-6277

Dated: March 28, 2008