IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MICHAEL J. WOLANSKI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No.: 08-00058 GMS |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

### JOINT STATUS REPORT

The parties, by and through their undersigned counsel, hereby submit the following Joint Status Report pursuant to the Court's Order dated July 29, 2008.

**1. JURISDICTION AND SERVICE**

The Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1346(b). All of the parties are subject to the personal jurisdiction of the Court. Defendant has been served.

**2. SUBSTANCE OF ACTION**

This action arises under the Federal Torts Claim Act, 28 U.S.C. § § 1346(b), 2671-80. Plaintiff Michael Wolanski is a Vietnam veteran who received medical care at the Veterans Administration Medical Center in Wilmington, Delaware ("VAMC"). He seeks damages for alleged medical malpractice on the part of the VAMC in failing to prevent and timely diagnose his rectal cancer.

**3. IDENTIFICATION OF ISSUES**

The issues to be presented to the Court for resolution are as follows:

(a.) Whether the defendant breached the standard of care in its care and treatment of plaintiff Michael Wolanski;

(b.) Assuming defendant breached the applicable standard of care, what injuries, damages and losses did plaintiff sustain as a direct and proximate result of such breach;

(c.) Assuming liability, the amount of damages to be awarded to plaintiff for the injuries, damages and losses he sustained as a direct and proximate result of defendant's negligence; and

(d.)    Assuming an award of damages, the amount by which such damages should be reduced/offset to take into account benefits plaintiff has received from the Veterans Administration.

**4.    NARROWING OF ISSUES**

The parties may be able to narrow the issues by stipulating to certain facts contained in plaintiff's medical records as well as the authenticity of such records. They may also be able to stipulate to the amount of plaintiff's medical expenses and the amount by which any damages plaintiff is awarded should be offset by benefits he has received.

The parties do not anticipate that this matter will be subject to any dispositive motions.

**5.    RELIEF**

Plaintiff seeks an award of compensatory damages for his pain and suffering, disability, and medical expenses, past and future.

**6.    AMENDMENT OF PLEADING**

The parties do not anticipate the need to amend the pleadings.

**7.    JOINDER OF PARTIES**

The parties do not anticipate joining any additional parties to this action.

**8.    DISCOVERY**

The parties expect that paper discovery will be limited. It is anticipated that the parties will depose each other's experts and that plaintiff and his treating physicians, including physicians at the VAMC, will be deposed. In all likelihood, discovery can be accomplished in six to seven months.

Medical records and bills in possession of the parties will be exchanged informally.

**9.    ESTIMATED TRIAL LENGTH**

Three days. Bifurcation is not desirable or necessary.

It may be possible to shorten the length of the trial somewhat by stipulating to certain medical and damages evidence, including the amount of offset.

**10.    JURY TRIAL**

No.

11. **SETTLEMENT**

The parties engaged in good faith pre-suit settlement discussions, but were unable to reach an agreement. They are amenable to mediation.

12. **ADDITIONAL MATTERS**

Not applicable.

13. **STATEMENT OF COUNSEL**

Counsel for the parties certify that they have conferred about the matters set forth herein.

| YOUNG CONAWAY STARGATT & TAYLOR, L.L.P | THE HONORABLE COLM F. CONNOLLY UNITED STATES ATTORNEY |
|---|---|
| /s/ Neilli Mullen Walsh<br>Richard A. DiLiberto, Jr., (#2429)<br>Neilli Mullen Walsh (#2707)<br>1000 West Street, 17th Floor<br>The Brandywine Building<br>P.O. Box 391<br>Wilmington, Delaware 19899-0391<br>(302) 571-6657/6603<br>Attorneys for Plaintiff | /s/ Patricia C. Hannigan<br>Patricia C. Hannigan (#2145)<br>Assistant United States Attorney<br>1007 N. Orange Street, Suite 700<br>P.O. Box 2046<br>Wilmington, DE 19899<br>(302) 573-6277<br>Attorneys for Defendant |
| Dated: 8/21/08 | Dated: 8/21/08 |

DB02:7152668.1                                                                                                          065787.1001